**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 28 2006
Property of U.S. District Court
District of Rhode Island

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 06-49ML**

**Hartford Site Construction LLC**

**STIPULATION OF DISMISSAL**

It is hereby stipulated that this action be dismissed with prejudice, without interest or costs.

Plaintiffs,
by their Attorneys,
***COIA & LEPORE, LTD.***

Peter J. Comerford, Esquire (#3588)
Attorney for the Plaintiffs
226 South Main Street
Providence, RI 02903
(401) 751-5522

March 27, 2006

Enter: Mary M. Lisi US DJ 3/28/06